Waymond D. WRIGHT, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 553, 2015

Supreme Court of Delaware.

Submitted: August 24, 2016

Decided: September 7, 2016

Court Below—Superior Court of the State of Delaware, ID. No. 1208019720

AFFIRMED.

Jesse LONGFELLOW, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 121, 2017

Supreme Court of Delaware.

Submitted: June 7, 2017

Decided: June 15, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1109005393 (K)

DISMISSED.

Jason KOKINDA, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 27, 2017

Supreme Court of Delaware.

Submitted: April 3, 2017

Decided: June 26, 2017

Rehearing en banc denied: July 10, 2017

Court Below–Superior Court of the State of Delaware, C.A. No. N16M–03–197

ORDERED. GRANTED. AFFIRMED.

Peter D. DOMINGO, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 228, 2017

Supreme Court of Delaware.

Submitted: September 1, 2017

Decided: October 23, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID 1604017737 (N)

AFFIRMED.